1002

No. 04–8757. SMITH v. GAMBRELL ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–8766. VIGNOLO v. BUDGE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–8771. TATE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04–8776. PARKS v. BOYETTE, SUPERINTENDENT, NASH CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 04–8778. ELLIS v. EMERY, TRUSTEE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–8780. CLARK v. MISSOURI BOARD OF PROBATION AND PAROLE. C. A. 8th Cir. Certiorari denied.

No. 04–8782. MUNGO v. GREENE, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–8783. MANSON v. HOFBAUER, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–8784. MORRIS v. COURT OF APPEALS OF NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–8787. BLANEY v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–8788. BRADLEY v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 04–8795. RILEY v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 04–8797. SOSA v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–8798. MUNSON v. METRISH, WARDEN. C. A. 6th Cir. Certiorari denied.